No. 05–6005. GULLY v. NEW YORK COMMISSIONER OF LABOR. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 21, 2005, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 05–6560. IN RE CARTER;
No. 05–6646. IN RE TAMAKLOE;
No. 05–6688. IN RE WEDLOW;
No. 05–6821. IN RE McCRAY; and
No. 05–6868. IN RE HERNANDEZ. Petitions for writs of habeas corpus denied.

No. 05–299. IN RE OLIVER;
No. 05–6101. IN RE OLIVER ET AL.;
No. 05–6114. IN RE BRAVO; and
No. 05–6710. IN RE RAVELO. Petitions for writs of mandamus denied.

No. 05–6035. IN RE SHUMATE. Petition for writ of mandamus and/or prohibition denied.

No. 04–607. LABORATORY CORPORATION OF AMERICA HOLDINGS, DBA LABCORP v. METABOLITE LABORATORIES, INC., ET AL. C. A. Fed. Cir. Certiorari granted limited to Question 3 presented by the petition.

No. 04–1376. FERNANDEZ-VARGAS v. GONZALES, ATTORNEY GENERAL. C. A. 10th Cir. Certiorari granted.